UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FREDERICK S. SCHWARTZ, ,
individually and on behalf of all
similarly situated persons,

                Plaintiff,

      - against -

THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,
and SAMUEL L. MOLINARO, JR.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ELECTRONICALLY FILED**

08 CV 4972 (RWS)

NOTICE OF APPEARANCE

      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:    New York, New York
            July 3, 2008

                                        /s/ Jay B. Kasner
                                  Jay B. Kasner
                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                  (Jay.Kasner@skadden.com)
                                  Four Times Square
                                  New York, New York 10036
                                  (212) 735-3000

                                  Attorneys for Defendant
                                    Alan D. Schwartz