UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
FREDERICK S. SCHWARTZ, ,
individually and on behalf of all                  :     **ELECTRONICALLY FILED**
similarly situated persons,
                                                   :     08 CV 4972 (RWS)
                    Plaintiff,
                                                   :
         - against -                                     NOTICE OF APPEARANCE
                                                   :
THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ,                  :
and SAMUEL L. MOLINARO, JR.,
                                                   :
                    Defendants.
---------------------------------x

       Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         July 3, 2008

                                                /s/ Susan L. Saltzstein
                                          Susan L. Saltzstein
                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                          (susan.saltzstein@skadden.com)
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000

                                          Attorneys for Defendant
                                            Alan D. Schwartz