UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK S. SCHWARTZ, individually and on behalf of all similarly situated persons,<br><br>      Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR.,<br><br>      Defendants. | No. 08 Civ. 4972 (RWS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

    Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: July 7, 2008
New York, New York

              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


              By: /s/ Jonathan Hurwitz
                 Jonathan Hurwitz

              1285 Avenue of the Americas
              New York, New York  10019-6064
              Tel: (212) 373-3000
              Fax: (212) 757-3990
              Email:  jhurwitz@paulweiss.com

              *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 7, 2008, I served true copies of the foregoing NOTICES OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

Michael J. Chepiga, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
1405 Hanshaw Road

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

                                                        Trevor J. Hill

Sworn to before me this
7th day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008