SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz     Plaintiff,

- against -

The Bear Stearns    Defendant.
Companies, James E.
Cayne, Alan D. Schwartz.

08 cv 04972 (RWS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael D. Mosher  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Zala L. Forizs
Firm Name: Forizs & Dogali, P.L.
Address: 4301 Anchor Plaza Parkway, Suite 300
City/State/Zip: Tampa, FL 33634
Phone Number: (813) 289-0700
Fax Number: (813) 289-9435

Zala L. Forizs  is a member in good standing of the Bar of the States of Florida and New York, and admitted in the U.S. Dist. Courts for the Middle District of Florida

There are no pending disciplinary proceeding against  Zala L. Forizs in any State or Federal court.

Dated: 6/10/2008
City, State: Paris, Texas.

Respectfully submitted,

_[signature]_

Sponsor's
SDNY Bar    MICHAEL D. MOSHER 4588
Firm Name:   State Bar No. 14580100
Address:     50 North Main Street
City/State/Zip: Paris, Texas 75460
Phone Number (903) 785-4721 Tel.
Fax Number:  (903) 785-5319 Fax
             e-mail: parislaw@neto.com

SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

On the 11th day of July, 2008, a true and correct copy of the foregoing document has been furnished this day to the following counsel of record:

Brad S. Karp
Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019-6064
    Attorneys for Defendant The Bear Stearns Companies, Inc.

Barry H. Berke
David S. Frankel
Stephen M. Sinaiko
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
    Attorneys for Defendant James E. Cayne

Jay Kasner
Susan Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York  10036-6522
    Attorneys for Defendant Alan D. Schwartz

Michael Chepiga
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
    Attorneys for Defendant Samuel L. Molinaro, Jr.

_____
Michael D. Mosher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK S. SCHWARTZ,
Individually and on behalf of all other
similarly situated persons,

    Plaintiff,

v.

THE BEAR STEARNS COMPANIES,
JAMES E. CAYNE,
ALAN D. SCHWARTZ,
and SAMUEL L. MOLINARO, JR.

    Defendants.

Case No. 1:08-cv-04972 (RWS)
ECF Case

_____/

**State of Texas**    )
                          ) ss:
**County of Lamar**  )

## AFFIDAVIT OF MICHAEL D. MOSHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

1. I am Michael D. Mosher, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Zala L. Forizs as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member of good standing of the bars of both New York and Texas, and was admitted to practice law in June 1982 in New York and in 1984 in Texas. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Zala L. Forizs since May 21, 2008.

4.      Mr. Forizs is an attorney at the law firm of Forizs & Dogali, P.L. in Tampa, FL.

5.      I have found Mr. Forizs to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Zala L. Forizs, pro hac vice.

7.      I respectfully submit a proposed Order granting the admission Zala L. Forizs, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the Motion to Admit Zala L. Forizs, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Signed this /0th day of June, 2008.

_____
Michael D. Mosher 4588
State Bar No. 14580100
50 North Main Street
Paris, Texas 75460
(903) 785-4721 Tel.
(903) 785-5319 Fax
e-mail: parislaw@neto.com


SUBSCRIBED AND SWORN TO BEFORE ME, on the ____10th____ day of June, 2008, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS


KATHI CUNNINGHAM
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 03-30-2009



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

           In Re: 151150
                Zala Ladislaus Forizs
                Forizs & Dogali P. L
                4301 Anchor Plaza Pkwy., Ste. 300
                Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 10, 1972.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 23rd day of June, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLF4:R10

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz        Plaintiff,

8   cv  04972   RWS

- against -

The Bear Stearns Companies,        Defendant.
James E. Cayne, Alan D. Schwartz,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Michael D. Mosher   attorney for   Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Zala L. Forizs |
| Firm Name: | Forizs & Dogali, P.L. |
| Address: | 4301 Anchor Plaza Parkway, Suite 300 |
| City/State/Zip: | Tampa, FL 33634 |
| Telephone/Fax: | (813) 289-0700 |
| Email Address: | zforizs@forizs-dogali.com |

is admitted to practice pro hac vice as counsel for   Plaintiff Frederick S. Schwartz   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge