UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz    Plaintiff,

- against -

The Bear Stearns    Defendant.
Companies, James E.
Cayne, Alan D. Schwartz,

08 cv 04972 RWS

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,    Michael D. Mosher    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Scott E. Schutzman
Firm Name:         The Law Offices of Scott E. Schutzman
Address:           3700 So. Susan St., Suite 120
City/State/Zip:    Santa Ana, CA 92704
Phone Number:      (714) 543-3638
Fax Number:        (714) 245-2449

Scott E. Schutzman    is a member in good standing of the Bar of the States of

California, and admitted in the U.S. District Courts for the state of California.

There are no pending disciplinary proceeding against  Scott E. Schutzman
in any State or Federal court.

Dated:     6/10/2008
City, State: Paris, Texas

Respectfully submitted,

Sponsor's
SDNY Bar    MICHAEL D. MOSHER 4588
Firm Name:  State Bar No. 14580100
Address:    50 North Main Street
City/State/Zip: Paris, Texas 75460
Phone Number: (903) 785-4721 Tel.
Fax Number: (903) 785-5319 Fax
            e-mail: parislaw@neto.com

## CERTIFICATE OF SERVICE

On the 11th day of July, 2008, a true and correct copy of the foregoing document has been furnished this day to the following counsel of record:

Brad S. Karp
Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019-6064
    Attorneys for Defendant The Bear Stearns Companies, Inc.

Barry H. Berke
David S. Frankel
Stephen M. Sinaiko
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
    Attorneys for Defendant James E. Cayne

Jay Kasner
Susan Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York  10036-6522
    Attorneys for Defendant Alan D. Schwartz

Michael Chepiga
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
    Attorneys for Defendant Samuel L. Molinaro, Jr.

_____
Michael D. Mosher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK S. SCHWARTZ,
Individually and on behalf of all other
similarly situated persons,

    Plaintiff,

v.

THE BEAR STEARNS COMPANIES,
JAMES E. CAYNE,
ALAN D. SCHWARTZ,
and SAMUEL L. MOLINARO, JR.

    Defendants.

_____/

Case No. 1:08-cv-4972 (~~DCF~~) RWS
ECF Case

**State of Texas**    )
                             )  ss:
**County of Lamar**  )

### AFFIDAVIT OF MICHAEL D. MOSHER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

    1.    I am Michael D. Mosher, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Scott E. Schutzman as counsel pro hac vice to represent Plaintiff in this matter.

    2.    I am a member of good standing of the bars of both New York and Texas, and was admitted to practice law in June 1982 in New York and in 1984 in Texas. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Scott E. Schutzman since January 19, 2006.

4. Mr. Schutzman is an attorney at the law firm of The Law Offices of Scott E. Schutzman.

5. I have found Mr. Schutzman to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Scott E. Schutzman, pro hac vice.

7. I respectfully submit a proposed Order granting the admission Scott E. Schutzman, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the Motion to Admit Scott E. Schutzman, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Signed this 10th day of June, 2008.

_____
Michael D. Mosher 4588
State Bar No. 14580100
50 North Main Street
Paris, Texas 75460
(903) 785-4721 Tel.
(903) 785-5319 Fax
e-mail: parislaw@neto.com

SUBSCRIBED AND SWORN TO BEFORE ME, on the 10th day of June, 2008, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

KATHI CUNNINGHAM
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 03-30-2009

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 27, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SCOTT EVERETT SCHUTZMAN, #140962 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz          Plaintiff,

8   cv   04972   (DCB) RWS

- against -

The Bear Stearns Companies,   Defendant.
James E. Cayne, Alan D. Schwartz,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Michael D. Mosher   attorney for  Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Scott E. Schutzman |
| Firm Name: | The Law Offices of Scott E. Schutzman |
| Address: | 3700 So. Susan St., Suite 120 |
| City/State/Zip: | Santa Ana, CA 92704 |
| Telephone/Fax: | (714) 543-3638 |
| Email Address: | schutzy@msn.com |

is admitted to practice pro hac vice as counsel for   Plaintiff Frederick S. Schwartz   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge