SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz           Plaintiff,

                                                    8   cv   04972   RWS (~~DCF~~)

- against -

The Bear Stearns Companies,     Defendant.           **ORDER FOR ADMISSION**
James E. Cayne, Alan D. Schwartz,                    **PRO HAC VICE**
                                                     **ON WRITTEN MOTION**

Upon the motion of Michael D. Mosher   attorney for Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Zala L. Forizs
    Firm Name:           Forizs & Dogali, P.L.
    Address:             4301 Anchor Plaza Parkway, Suite 300
    City/State/Zip:      Tampa, FL 33634
    Telephone/Fax:       (813) 289-0700
    Email Address:       zforizs@forizs-dogali.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

is admitted to practice pro hac vice as counsel for Plaintiff Frederick S. Schwartz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/25/08
City, State: NY, NY

                                     _____
                                     United States District/~~Magistrate~~ Judge
                                     Richard J. Holwell Part 1

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT#
SDNY Form Web 10 2006