SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick S. Schwartz                     Plaintiff,

                                                                    8   cv   04972   RWS

        - against -

The Bear Stearns Companies,               Defendant.        ORDER FOR ADMISSION
James E. Cayne, Alan D. Schwartz,                               PRO HAC VICE
                                                              ON WRITTEN MOTION

Upon the motion of  Michael D. Mosher   attorney for  Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:   Joel J. Ewusiak
        Firm Name:          Forizs & Dogali, P.L.
        Address:            4301 Anchor Plaza Parkway, Suite 300
        City/State/Zip:     Tampa, FL 33634
        Telephone/Fax:      (813) 289-0700
        Email Address:      jewusiak@forizs-dogali.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

is admitted to practice pro hac vice as counsel for  Plaintiff Frederick S. Schwartz  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/25/08
City, State: NY NY

United States District/Magistrate Judge
Richard J. Holwell Part 1

FOR OFFICE USE ONLY FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006