SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Frederick S. Schwartz       Plaintiff,

8   cv   04972   RWS (~~DCF~~)

- against -

The Bear Stearns Companies,   Defendant.
James E. Cayne, Alan D. Schwartz,

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Michael D. Mosher   attorney for Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | A. Anderson B. Dogali |
| Firm Name: | Forizs & Dogali, P.L. |
| Address: | 4301 Anchor Plaza Parkway, Suite 300 |
| City/State/Zip: | Tampa, FL 33634 |
| Telephone/Fax: | (813) 289-0700 |
| Email Address: | adogali@forizs-dogali.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

is admitted to practice pro hac vice as counsel for Plaintiff Frederick S. Schwartz   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/29/08
City, State: NY

_____
United States District/~~Magistrate~~ Judge
Richard J. Holwell Part 1

FOR OFFICE USE ONLY   FEE PAID $   SDNY RECEIPT-
SDNY Form Web 10/2006