SDNY (Rev. 10 2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Frederick S. Schwartz                    Plaintiff,

                                                                    8   cv  04972   (DCF) RWS

- against -

The Bear Stearns Companies,              Defendant.       **ORDER FOR ADMISSION**
James E. Cayne, Alan D. Schwartz,                         **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of  Michael D. Mosher   attorney for  Plaintiff Frederick S. Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Scott E. Schutzman

   Firm Name:          The Law Offices of Scott E. Schutzman

   Address:            3700 So. Susan St., Suite 120

   City/State/Zip:     Santa Ana, CA 92704

   Telephone/Fax:      (714) 543-3638

   Email Address:      schutzy@msn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

is admitted to practice pro hac vice as counsel for  Plaintiff Frederick S. Schwartz  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/25/08
City, State: NY

_____
United States District/Magistrate Judge
Richard J. Holwell  Part I

FOR OFFICE USE ONLY FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10 2006