UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK S. SCHWARTZ, individually and on behalf of all similarly situated persons,<br>Plaintiff,<br>v.<br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, and SAMUEL L. MOLINARO, JR.,<br>Defendants. | No. 08 Civ. 4972 (RWS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Forizs & Dogali, P.L., is hereby entering an appearance as counsel of record for Plaintiff Frederick S. Schwartz.

Dated: July 30, 2008

FORIZS & DOGALI, P.L.

**By: /s/ Joel J. Ewusiak**
Joel J. Ewusiak
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Tel: (813) 289-0700
Fax: (813) 289-9435
Email: jewusiak@forizs-dogali.com
*Attorneys for Frederick S. Schwartz*